## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**DANIEL LEE CINKOSKI**                                                                 **PLAINTIFF**

**V.**                                    **CASE NO. 2:23-CV-2065**

**DR. WEATHERINGTON,**
**Psychiatrist/Western Arkansas Guidance**
**and Counseling Center**                                                         **DEFENDANT**

### ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 5) filed on May 17, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**.  Accordingly, upon preservice screening pursuant to 28 U.S.C. § 1915(e)(2), the case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS SO ORDERED** on this 6th day of June, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE